UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re: <br><br> NOVUSON SURGICAL, INC., <br><br> Debtor. | NO. 23-10728-TWD <br><br> STATUS REPORT FOR 11 U.S.C. § 1188(A) STATUS CONFERENCE |

Novuson Surgical, Inc. ("**Novuson**" or the "**Debtor**"), the debtor-in-possession in this Chapter 11 case, by and through its undersigned counsel, submits this Status Report for 11 U.S.C. § 1188(a) Status Conference (the "**Status Report**") pursuant to 11 U.S.C. § 1188(c) and this Court's Order Setting Status Conference and Deadline to File Claims (the "**Scheduling Order**") [Docket No. 14].

**BACKGROUND AND NATURE OF THE CASE**

1. Novuson is an innovative medical device company which was founded in 2014 and is based in Bothell, Washington. Though primarily a research and development company, Novuson is continuing to operate with the near-term goal of completing regulatory filings, finalizing commercial development of its products and platforms, conducting validation and

STATUS REPORT FOR 11 U.S.C. § 1188(A) STATUS CONFERENCE - 1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

Case 23-10728-TWD    Doc 60    Filed 05/26/23    Ent. 05/26/23 15:14:16    Pg. 1 of 5

verification studies, and obtaining regulatory clearance from the Food and Drug Administration ("**FDA**").

2. In early 2022, certain of Novuson's investors/creditors (the "**Petitioning Noteholders**") filed a Complaint for breach of contract in the King County Superior Court. *See* King County Case No. 22-2-00975-6 SEA (the "**Noteholder Case**"). At the conclusion of the Noteholder Case, judgment was entered against Novuson, on or about October 10, 2022, in the amount of approximately $1.4 million. On March 21, 2023, after an application for the appointment of a general receiver by the Petitioning Noteholders, the Superior Court granted the petition and entered the Order Appointing General Receiver. S*ee* King County Case No. 23- 2- 02424-9 SEA (the "**Receivership**").

3. On April 21, 2023 (the "**Petition Date**"), Novuson filed its voluntary petition for relief under Chapter 11, Subchapter V of the Bankruptcy Code (the "**Code**") to prevent its assets from being liquidated, and to preserve and maintain the value of the company as an operating entity for the benefit of all creditors. The Debtor continues to operate and manage its affairs as debtor-in-possession pursuant to 11 U.S.C. §§ 1182 and 1184 of the Code. Geoffrey Groshong has been appointed as the Subchapter V Trustee, and has promptly engaged with Novuson's principal, Stuart B. Mitchell, and counsel.

4. In addition to the Petitioning Noteholders, whose claims have been reduced to judgment, the Debtor's major liabilities are to several convertible noteholders and investors. The Debtor also accrued prepetition obligations over the course of the Receivership. The Debtor's primary assets are its technology and, specifically, the development and ultimate commercialization of Direct Therapeutic Ultrasound (DTU), a surgical instrument platform for coagulation and hemostatic control in surgical and trauma procedures.

STATUS REPORT FOR 11 U.S.C. § 1188(A) STATUS CONFERENCE - 2

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700 fax 206 587 2308

{0678876.DOCX;1}

Case 23-10728-TWD    Doc 60    Filed 05/26/23    Ent. 05/26/23 15:14:16    Pg. 2 of 5

# STATUS REPORT

**A.     Proofs of Claims**

5.     On May 1, 2023, pursuant to the Scheduling Order, the Debtor filed a Notice of Deadline to File Claims [Docket No. 18] establishing June 8, 2023 as the deadline for filing proofs of claim or equity security interests.

**B.     Employment of Professionals**

6.     The Debtor has filed its applications seeking to employ bankruptcy counsel. On May 4, 2023, Novuson filed an Application to Employ Cairncross & Hempelmann, P.S. as General Bankruptcy Counsel [Docket No. 26]. An Order Authoring the Employment of Cairncross & Hempelmann, P.S. as General Bankruptcy Counsel was entered on May 24, 2023 [Docket No. 55]. Novuson also anticipates filing an Application to Employ Michael Best & Friedrich LLP as Bankruptcy and General Counsel.

7.     The Debtor further anticipates seeking to employ, in the near term, (1) intellectual property counsel and (2) professionals to assist in identifying project and funding sources for the company's commercialization efforts.

**C.     Cash Collateral**

8.     The Debtor asserts that no creditor holds a perfected security interest in its assets, including its cash proceeds of the prepetition collateral (the "**Cash Collateral**"). Nevertheless, out of an abundance of caution, the Debtor filed an Emergency Motion for Interim Order (1) Authorizing Use of Cash Collateral and (2) Setting a Final Hearing [Docket No. 33]. On May 12, 2023, the Court entered an Interim Order (1) Authorizing Use of Cash Collateral and (2) Setting a Final Hearing [Docket No. 45] authorizing Novuson to use Cash Collateral pursuant to the submitted budget, pending a final hearing on June 9, 2023. On May 25, 2023, the Debtor filed its Motion for Final Order Authorizing Use of Cash Collateral [Docket No. 56].

STATUS REPORT FOR 11 U.S.C. § 1188(A) STATUS CONFERENCE - 3

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

{00781876.DOCX;1}

Case 23-10728-TWD    Doc 60    Filed 05/26/23    Ent. 05/26/23 15:14:16    Pg. 3 of 5

### D. The Debtor's Efforts Toward a Consensual Plan

9. Pursuant to 11 U.S.C. § 1189, the Debtor's deadline to file a Plan of Reorganization (the "**Plan**") is July 20, 2023. Despite the Debtor's setbacks, the systems and technologies it is developing remain promising and capable of commercialization. The Debtor currently projects to have sufficient cash on hand to both (1) operate as a going concern through the pendency of this case and (2) engage with new potential investors to commercialize the Debtor's DTU technology.

10. Novuson intends to undertake efforts needed to effectuate a consensual Plan including, but not limited to, analyzing submitted proofs of claim, exploring additional investments and revenue streams, determining the assumption or rejection of contracts in light to the benefit to the estate, and discussing and negotiating Plan provisions with the company's creditors. Novuson has already had preliminary Plan discussions with Mr. Groshong and will continue to engage with Mr. Groshong throughout the Plan process, including seeking his assistance in brokering a consensual Plan.

DATED this 26th day of May, 2023.

CAIRNCROSS & HEMPELMANN, P.S.

*/s/ Aditi Paranjpye*
Aditi Paranjpye, WSBA No. 53001
E-mail: aparanjpye@cairncross.com
Nicole R. Springstroh, WSBA No. 55714
E-mail: nspringstroh@cairncross.com
524 Second Avenue, Suite 500
Seattle, WA 98104-2323
Telephone: (206) 587-0700
Facsimile: (206) 587-2308
Attorneys for Novuson Surgical, Inc.

-and-

STATUS REPORT FOR 11 U.S.C. § 1188(A) STATUS CONFERENCE - 4

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700  fax 206 587 2308

{0xxxxxxx.DOCX;x}
Case 23-10728-TWD    Doc 60    Filed 05/26/23    Ent. 05/26/23 15:14:16    Pg. 4 of 5

MICHAEL BEST & FRIEDRICH LLP

*/s/ Justin M. Mertz*
Justin M. Mertz, WI Bar No. 1056938
E-mail: jmmertz@michaelbest.com
*Admitted pro hac vice*
790 North Water Street, Suite 2500
Milwaukee, WI 53202-3509
Telephone: (414) 271-6560
Facsimile: (414) 277-0656
Attorneys for Novuson Surgical, Inc.

STATUS REPORT FOR 11 U.S.C. § 1188(A) STATUS CONFERENCE - 5

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

Case 23-10728-TWD    Doc 60    Filed 05/26/23    Ent. 05/26/23 15:14:16    Pg. 5 of 5